

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

October 7, 2014

Ms. Dana Ellwood
Case Manager
Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

**VIA ECF**

           Re:    Mangino v. Incorporated Village of Patchogue, et al..
                   Case No. 14-3253
                   Our File No. 080085

Dear Sir or Magam:

      I represent appellees Incorporated Village of Patchogue, James Nudo, and John P. Poulos. I filed a notice of appearance on their behalf.

      The case below listed "Unidentified Employees and Agents of The Incorporated Village of Patchogue." These are not real parties. They have never been served and took no part in the trial of this matter and will play no role in the appeal. They should not be listed on the Second Circuit's docket sheet.

      Thank you for your attention to this matter.

                              Very truly yours,

                              SOKOLOFF STERN LLP

                              Brian S. Sokoloff

BSS/--

SOKOLOFF STERN LLP

cc: Robert A. Siegel, Esq.
205 East 60th Street
New York, NY 10022

**VIA ECF**

Jeffrey B. Siler, Esq.
Siler & Ingber, LLP
301 Mineola Boulevard
Mineola, New York 11501

**VIA ECF**