# ROBERT A. SIEGEL
## LAW OFFICES
### 205 EAST 60TH STREET
### NEW YORK, NEW YORK 10022

NEW YORK  
WASHINGTON, D.C.  
FLORIDA

(212) 750-1000

FACSIMILE  
(212) 223-1800  
NOT FOR SERVICE OF PROCESS

January 5, 2015

**VIA ECF**

Dana Ellwood  
Case Manager  
Second Circuit Court of Appeals  
40 Foley Square  
New York, New York 1007

                                    **Re:** *Mangino v. Incorporated Village of Patchogue, et* **al.**  
                                           **Case No.: 14-3253cv**

Dear Ms. Ellwood;

    We represent the plaintiffs-appellants John and Elaine Mangino in the above referenced appeal.

    This letter is to advise you that the court docket/caption contains a misspelling in the name of one of the defendant-appellees. The docket identifies James Nudo as "O. James Nudo." To be accurate, the docket/caption should refer to him as James Nudo, Code Enforcement.

    Thank you for your attention to this matter.

                                                        Respectfully submitted,

                                                        ROBERT A. SIEGEL (0499)

cc:    **VIA ECF**  
        Brian S. Sokoloff, Esq.  
        Mark A. Radi, Esq.